# United States District Court
# District of Minnesota

**Case number:**  25-cv-423-ECT-DTS

Claimants        Henry Benjamin; Harold Edwin

vs.

Trespassers      Timothy Broglio; Bernard Hebda

Federal jurisdiction in this case comes from diversity of jurisdiction; as Timothy Broglio, the president of the non-profit "United States Conference of Catholic Bishops" works out of Washington D.C.

Bernard Hebda, who acts as the corporate "bishop" of the Minneapolis and Saint Paul Archdiocese, and Timothy Broglio, are being sued in their private capacity as men; and therefore distinct from the corporation USCCB that they represent as corporate agents.

These men are committing intentional torts on a daily basis (Conspiracy, Fraud et al) against Henry and Harold, and all people wanting to live an authentic Catholic life.

## Causes of Action

RECEIVED

Count 1:  Conspiracy
Count 2:  Fraud
Count 3:  Conversion
Count 4:  Defamation
Count 5:  Intentional Infliction of Emotional Distress
Count 6:  Trespassing

FEB 03 2025

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Harold Edwin

_Harold Edwin_        February 3, 2025

phh4158@gmail.com

_Henry Benjamin_

# United States District Court
# District of Minnesota

RECEIVED

FEB 03 2025

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

### Case number:

| | |
|---|---|
| Claimants | Henry Benjamin; Harold Edwin |
| | vs. |
| Trespassers | Timothy Broglio; Bernard Hebda |

Federal jurisdiction in this case comes from diversity of jurisdiction; as Timothy Broglio, the president of the non-profit "United States Conference of Catholic Bishops" works out of Washington D.C.

Bernard Hebda, who acts as the corporate "bishop" of the Minneapolis and Saint Paul Archdiocese, and Timothy Broglio, are being sued in their private capacity as men; and therefore distinct from the corporation USCCB that they represent as corporate agents.

These men are committing intentional torts on a daily basis (Conspiracy, Fraud et al) against Henry and Harold, and all people wanting to live an authentic Catholic life.

## Causes of Action

Count 1:  Conspiracy
Count 2:  Fraud
Count 3:  Conversion
Count 4:  Defamation
Count 5:  Intentional Infliction of Emotional Distress
Count 6:  Trespassing

Henry Benjamin _all rights reserved_ February 3, 2025
humblehenry71@gmail.com

United States District Court
District of Minnesota

**Case number:**

# Declaration of Fraud in the House of God

| | |
|---|---|
| Claimants | Henry Benjamin; Harold Edwin |
| | vs. |
| Trespassers | Timothy Broglio; Bernard Hebda |

Demand for a jury trial?   No.

Claimant Harold Edwin                  Claimant Henry Benjamin
Address/phone N/A                      Address/phone N/A
phh4158@gmail.com                      humblehenry71@gmail.com

———————————————————————————————————

Trespasser #1 **Bernard Hebda, USCCB employee**

777 Forest Street
Saint Paul, MN 55106

Phone: 651-291-4400
Email: hello@archspm.org

———————————————————————————————————

Trespasser #2 **Timothy Broglio** President of USCCB

Physical address:

Archdiocese for the Military Services, USA
1025 Michigan Ave NE
Washington, DC 20017-0469
(202) 719-3600
Email:  archbishop@milarch.org

Mailing Address for Mr. Broglio

Archdiocese for the Military Services, USA
P.O. Box 4469
Washington, DC 20017-0469

# "The gates of Hell shall (did) not prevail."
## Matthew 16:18

--------------------------------------------------------

## Venue

Federal jurisdiction in this case comes from diversity of jurisdiction; as Timothy Broglio, the president of the non-profit "United States Conference of Catholic Bishops" works out of Washington D.C.

Bernard Hebda, who acts as the corporate "bishop" of the Minneapolis and Saint Paul Archdiocese, and Timothy Broglio, are being sued in their private capacity as men; and therefore distinct from the corporation USCCB that they represent as corporate agents.

These men are committing intentional torts on a daily basis (Conspiracy, Fraud et al) against Henry and Harold, and all people wanting to live an authentic Catholic life.

# Causes of Action

Count 1:  Conspiracy

Count 2:  Fraud

Count 3:  Conversion

Count 4:  Defamation

Count 5:  Intentional Infliction of Emotional Distress

Count 6:  Trespassing

———————————————————————————————————————

This action in common law commences as of February 3, 2025

# Affidavit of Henry Benjamin and Harold Edwin

This Affidavit will prove without any doubt that both Broglio and Hebda misrepresent themselves as Archbishops and spokesman for the Roman Catholic Church (Fraud); when their only employer is the pagan public non-profit corporation USCCB, which operates only under a corporate executive and corporate board style hierarchy, not under any lawful pontiff.

This obvious conspiracy has reached its end; and the people need a real Roman Catholic Church; in lieu of a cold corporation, run by Broglio and Hebda, that stands directly opposed to all Catholic truth and teachings.

Damaged souls are in desperate need of spiritual help; and this ongoing conspiracy is an intentional blockage, by Hebda and Broglio, of the help that these souls desperately need.

We, Henry Benjamin and Harold Edwin, assert the following claims under penalty of bearing false witness:

1.    The Roman Catholic Church is a *private international Church*, centered in Rome, Italy, in the Vatican, within what is now known as Vatican City.

2.    The United States Conference of Catholic Bishops (USCCB) is a 501(c)(3) non-profit organization and a public charity based in Washington D.C..

3.    The IRS first issued a group exemption letter in 1946 to the National Catholic Welfare Conference, the predecessor organization of USCCB.

4.    The hierarchical structure of the legitimate private Roman Catholic Church with a pope as the head of the visible Roman Catholic Church hierarchy and body, is directly contrary to the corporate structure of non-profit public corporations like USCCB that rely on corporate boards, executives, and anonymity.

5.    The two hierarchical structures cannot coexist simultaneously in the same entity; and one will be lost in the merger of these two distinct entities.

6.    If there is no legitimate Catholic hierarchy present, then there is no visible Roman Catholic Church present.

**Matthew 16:18**: "You are Peter, and on this rock I will build my Church."

7.    The current situation on Roman Catholic Church properties has the corporate body (USCCB) winning out in the hierarchical battle.

8.    Instead of the legitimate Catholic priest dictating within the individual Catholic Church, serving under the legitimate bishop in the area (Archdiocese) and all subject to the legitimate pope who oversees the entire world; it is the pagan, anti-catholic corporate board that dictates all things spiritual and otherwise within each so-called church or other so called "catholic" entity.

**2 Corinthians 11:13-14**: "For such people are false apostles, deceitful workers, masquerading as apostles of Christ. And no wonder, for Satan himself masquerades as an angel of light."

9.    **Heresy** is the deliberate denial or doubt of a truth that is essential to the Catholic faith after baptism.

10.    **Dogma** is a divinely revealed truth that the Catholic Church's (lawful) Magisterium has infallibly defined as binding on all the faithful.

11.    Truth cannot change.

12.    If there is truth missing, or there are lies (heresies) present, then there is no visible Roman Catholic Church present.

13.    The agents of corporate USCCB view on things concerning the spiritual realm are contrary to the truth of the Roman Catholic faith; so one will be chosen.

"Why do you call me, 'Lord, Lord,' and do not do what I say?"    **Luke 6:46**

14.    If the truth is changed, it becomes a lie.

**Proverbs 8:36**: "Those who hate wisdom are in love with death."

15.    Vatican 2 was an ecumenical council, combined with a new liturgy called the "Novus Ordo", that ended around 1965, and was then implemented in the years following on Roman Catholic properties worldwide.

16.    This new corporate church and liturgy was sold as the new Roman Catholic Church; this process of implementation was completed around 1970.

**("intentional deception" regarding fraud)**

17.    Vatican 2 documents clearly show the USCCB (and related worldwide corporations) agents desire to water down the truth of the Catholic faith, and replace it with a more worldly corporate mindset.

**John 15:18** "If the world hates you, keep in mind that it hated me first."

18.    Dogma that must be believed by all Catholics:

"*Outside of the Roman Catholic Church, there is no salvation.*"

19.    See The Word from Lord Jesus Himself for confirmation of this dogma:

"Unless you believe that I AM HE, you will **die in your sins**." (John 8:24)

"Whoever believes and is baptized will be saved, but **whoever does not believe will be condemned**" (Mark 16:16)

20.    See Vatican 2 documents for the contrary teaching:

**Lumen Gentium** #16

"Finally, those who have not yet received the Gospel are related in various ways to the people of God.(18*) In the first place we must recall **the people to whom the testament and the promises were given** and from whom Christ was born according to the flesh.(125) On account of their fathers this people remains most dear to God, for God does not repent of the gifts He makes nor of the calls He issues.(126) But the plan of salvation also

includes those who acknowledge the Creator. In the first place amongst these there are the **Muslims**, who, professing to hold the faith of Abraham, **along with us adore the one and merciful God,** who on the last day will judge mankind. Nor is God far distant from those who in shadows and images seek the unknown God, for it is He who gives to all men life and breath and all things,(127) and as Saviour wills that all men be saved."

21.    Catholic truth is displaced by corporate lies, and therefore the Catholic faith is not present.

Proverbs 12:19 states, "Truthful lips endure forever, but a lying tongue lasts only a moment."

22.    This watering down process is done intentionally and with malice by Hebda and Broglio; and this action removes the Holy Ghost from the church buildings, and many of the souls of the people as well; it is an easy to discern fact that, historically, Catholics respond better to truth, and will become stronger in their faith with truth.

23.    The false empathy of the corporate church that acts like it is so sensitive, and welcoming, is another falsehood; as these men purposely lead souls who come for life in God to spiritual death.

24.    The Holy Ghost can only be present if there is truth; which Hebda and Broglio do their very best to remove.

John 4:24: "God is spirit, and those who worship him must worship in spirit and truth."

25.    These men, and the men posing as priests under them, are intentionally lowering Church attendance by promoting

known falsehoods, doing disgusting Sunday "homilies" about perverse behaviors in front of women and children; and then blaming the laity for not attending their fake masses.

See these statistics from the beginning of the Vatican 2 corporate church to today:

**1970** 71,3% of American Catholics attended Mass weekly; by **2021** it has declined to 17.3%

**(https://faithsurvey.co.uk/american-catholic-statistics.html)**

26.    The True Church has four Marks; It is **One, Holy, Catholic and Apostolic.**

27.    This 4 Marks teaching comes from the First Council of Constantinople in AD 381

28.    Without possessing all of these four marks, the Roman Catholic Church is not present.

29.    The USCCB  corporate "church" lacks all of these essential four marks.

30.    **"One"**:  Unity in truth, or harmony, is paramount in the Catholic Church, without unity, there is no visible Catholic Church.

**John 17:21**:  "I pray that all of them may be one, Father, just as you are in me and I am in you."

31.    Like an instrument is tuned so that all strings are in harmony, so the Body of Christ must be in harmony with the one truth of the Catholic Church.

32.    Saint Paul states "one Lord, one faith, one baptism, one God and Father of all, who is over all and through all and in all."    **(Ephesians 4 : 6)**

33.    Instead of one Roman Catholic Church product which is the same throughout the entire world in language (Latin), liturgy, and core teachings, the USCCB "churches" are each different; even having several different liturgies and core teachings within the same church building (see Saint Agnes).

34.    Each individual USCCB church has a different take on core beliefs, liturgy, music, and a "liberal" or "conservative" attitude about what the so-called faith should be.

(Note: *liberal* and *conservative* are political terms and have nothing to do with the Catholic faith.)

35.    Therefore, the USCCB church is not "one" but rather "many."

36.    This is obvious evidence of a tactic of war against the Roman Catholic Church by Broglio and Hebda:

### *"Divide and conquer."*

37.    **"Holy"**: The primary objective of the Roman Catholic Church is to save souls; to bring the life of God into the dead and darkened souls of fallen mankind.

38.    In contrast to any spiritual focus, the USCCB corporate false church promoted by Hebda and Broglio pushes corporate ideals such as "to care for immigrants and

generally to enter into and promote by education, publication and direction the objects of its being."

**(taken from usccb.com)**

39.    Corporations are of this world.

**1 John 4:5**  "They are from the world and therefore speak from the viewpoint of the world, and the world listens to them."

40.    The Roman Catholic Church is of the Spirit.

**John 18:36; John 4:24:** "God is spirit, and his worshipers must worship in the Spirit and in truth."

41.    Both worldliness and the Spirit cannot coexist in the same entity; one will be displaced.

**James 4:4:** "You adulterous people, don't you know that friendship with the world means enmity against God? Therefore, anyone who chooses to be a friend of the world becomes an enemy of God."

42.    Therefore, the USCCB church is not "holy" but rather "unholy."

**John 8:44: "You belong to your father, the devil, and you want to carry out your father's desires."**

43.    **"Catholic"**: "means "universal", and when applied to the Church, the adjective "catholic" means that in the Catholic Church the wholeness of the Christian faith, full and complete, all-embracing, and with nothing lacking, is proclaimed to all people without excluding any part of the faith or any class or group of people."

**John 10:16:** "I have other sheep that are not of this fold; them also I must bring, and they shall hear my voice; and there shall be one fold, and one shepherd."

44.    The USCCB church is lacking truth, and therefore is missing the Catholic faith (it is based on known Catholic heresies such as "universal salvation" and "religious indifferentism.")

45.    The Hebda and Broglio led false church inherently excludes, and purposely displaces, true Catholics from their own Church.

46.    Henry and Harold have suffered greatly from the loss of the visible Roman Catholic Church, having been unlawfully evicted by the trespassers Hebda and Broglio out of several USCCB occupied  "churches", and purposely blocked from any access to the true Roman Catholic faith in the visible realm.

**(Trespassing: obstruction of Catholic business/Loss of spiritual life)**

47.    Henry and Harold have been harassed and evicted from Roman Catholic Church properties even when using their own Roman Catholic Church buildings as a place to pray privately.  **(Harm)**

48.   No valid reason, or no reason at all, were given by any of the men and women hired as corporate agents of USCCB upon threatening Us with a no trespassing order.

49.   The USCCB and its agents Broglio and Hebda are attacking Catholic truth and laity; therefore, the USCCB corporate church is not Catholic.

50.   The USCCB church is directly opposed to, and Hebda and Broglio are actively fighting against, the true Catholic faith.

**("loss" of spiritual life for Catholics, completing fraud-see #16)**

51.   **"Apostolic":** The Roman Catholic Church is based on the teachings of Our Lord and Savior Jesus Christ, given to us through His Apostles.

52.   The USCCB church is based on the "church fathers", men schooled primarily in rhetoric-"the art of the lie" and worldly philosophy, such as Aquinas and Augustine; essentially displacing the Apostles and Lord Jesus.

53.   As an example of this difference, in the beautiful Saint Paul Cathedral there are the "four cardinal virtues" painted on the ceiling: Prudence; Justice; Fortitude;Temperance.

54.   This is not taken from any Roman Catholic Church teaching but instead comes directly from the world of pagan philosophy (Socrates).

55.   These "cardinal" virtues are indeed part of the Catholic gifts of the Holy Ghost as well; but the only virtue that opens the door to God's grace and love, and therefore all other virtues, is *Humility*.

**Psalm 25:9: "**He leads the humble in what is right, and teaches the humble his way."

56.   This virtue is not even mentioned by the pagan philosophers Plato et al, as they did not understand its power or value.

57.   Saint Paul's letter to the **Collossians 2:8**- "See to it that no one takes you **captive** through **hollow and deceptive philosophy**, which depends on human tradition and the elemental spiritual forces of this world rather than on Christ."

58.   "In Plato's Apology, Socrates famously says that true wisdom is knowing that one cannot definitively know anything. This idea is known as the Socratic paradox."

59.   The Roman Catholic Church teaches the opposite of Socrates' notion of humility; the Roman Catholic Church teaches that we have access to Divine Truth through the Holy Ghost (via the prophets) and the Lord Jesus Christ, God Himself.

**John 14:6**: Jesus says, "I am the way and the truth and the life."

**John 8:32**: Jesus says, "And you will know the truth, and the truth will set you free"

60.   Therefore, men must first realize we cannot become enlightened on our own; and give up on this pursuit, and turn to God for help. This is humility; and was completely missing in Plato et al's teachings.

**Matthew 17:20:**  "Because you have so little faith. Truly I tell you, if you have faith as small as a mustard seed, you can say to this mountain, 'Move from here to there,' and it will move. Nothing will be impossible for you."

61.   "The person who is greatest among you will be your servant. Whoever honors himself will be humbled, and whoever humbles himself will be honored."

**Matthew 23: 11-12**

62.   Humility is the cornerstone of the virtues, the start of a life of virtue, as all virtues come only from God Himself, as "Only God is good."  **Mark 10: 18**

63.   In the pagan teaching of the 4 cardinal virtues, it is assumed these virtues flow naturally out of man, and this is directly contrary to the Catholic Faith; and cannot be reconciled with the Faith.

**Matthew 7:11:**  "If you, then, though **you are evil**, know how to give good gifts to your children, how much more will your Father in heaven give good gifts to those who ask him!"

64.   This corporate church is completely novel, with a new heretical liturgy, core teachings based on known Catholic heresies, new rite of ordination, new rite of exorcism, and other novelties.

**Galatians 1:8:** "But even if we or an angel from heaven should preach a gospel other than the one we preached to you, let them be under God's curse!"

65.    Therefore, the USCCB church is distinct from, and in fact contrary to, the Apostolic line passed down previous to the Vatican 2 council.

66.    The agents of this non-profit corporation USCCB, Hebda and Broglio, who currently occupy the Roman Catholic Church properties in America, are not the private Roman Catholic Church.

"I wish to reiterate that the Catholic Church is not aligned with any political party, and _neither is the bishops' conference_."

Quote taken from usccb.com **"Statement of Archbishop Broglio on Executive Orders Signed by the President"** which shows that these men Broglio and Hebda know they are distinct from the Catholic Church.

67.    Neither the USCCB, nor its agents, are affiliated with the Roman Catholic Church in any legitimate way; these men Hebda and Broglio are hostile trespassers.

68.    Yet, the men hired as agents of this public corporation USCCB Hebda and Broglio are intentionally misrepresenting themselves publicly as the private Roman Catholic Church. **(Fraud/Conversion/Trespass)**

69.    **"By their fruits you shall know them"**
                    **Matthew 7:15-20**

This quote from Lord Jesus shows that the man's (or corporate person's) will can be discerned by their actions, and the results of their actions.

70.    Under the leadership of Timothy Broglio and Bernard Hebda, there have been numerous lawsuits nationwide regarding alleged crimes committed on Roman Catholic Church properties.

71.    Most, if not all (alleged) crimes were committed by employees of the USCCB non-profit corporation, or those who were hired by USCCB employees or agents.

72.    For evidence of this conspiracy see the Hebda statement regarding the $210 million dollar settlement for people allegedly abused by USCCB agents:

"**The Church let you down**. I am very sorry."

This outrageous lie is permanently displayed on the Archdiocese website, which blamed the Roman Catholic Church for the USCCB agent's perversions, and all implicates Catholic people such as Henry and Harold.

**Hebda quote taken from "**Statement from Archbishop Bernard Hebda Regarding the Bankruptcy Settlement"-https://www.archspm.org/)
    (Conspiracy; Fraud; Defamation-Libel)

73.    In this end of the "era of the pagans", the only real physical Roman Catholic Church is in the people who live the Faith with their entire mind, body and soul; Henry and Harold are the Roman Catholic Church in the physical realm.

74.    Hebda and Broglio are purposely and maliciously defaming anything and anyone truly "Catholic" such as: God; the Roman

Catholic Church; laity; and priesthood; yet these two men remain hidden in the background, shirking any responsibility for their own reckless administration.

**(Malice; Preplanned intent)**

75.    Broglio and Hebda are intentionally displacing Catholics out of their own Churches, and then claiming at the same time that attendance is going down.   This has been used as a pretext to sell beautiful Roman Catholic Churches to muslims and hindus for conversion to mosques and temples.

76.    This is the fruit of these men, the loss of attendance with a false corporate church, and the conversion of beautiful Churches into places of demon worship.

**Psalm 95:5**-"all the gods of the gentiles are demons."
            (hatred of the faith)

77.    Roman Catholic Church properties, and Roman Catholic Church funds, have also been liquidated for the purposes of satisfying these lawsuits that occur all around America, and the rest of the world.    **(Theft; Conversion)**

78.    The USCCB has no legitimate title to these properties.

79.    Hebda and Broglio are not part of the legitimate Roman Catholic Church body, also known as the Body of Christ.

80.    These men, Hebda and Broglio, cannot be true Catholics, as they would cease to be members of the corporate body of USCCB if they were; and they would lose their corporate job.

**Matthew 12:25-26**: "Every kingdom divided against itself will be ruined, and every city or household divided against itself will not stand. If Satan drives out Satan, he is divided against himself. How then can his kingdom stand?"

81. Therefore, Hebda and Broglio have no legitimate right, no authority, to speak for, or claim to represent the Roman Catholic Church.

**Matthew 7:15-16:** "Watch out for false prophets. They come to you in sheep's clothing, but inwardly they are ferocious wolves. By their fruit you will recognize them."

82. Hebda and Broglio cannot reach legitimate settlements using "Catholic", "Catholic Church" or "Archdiocese" terminology as defendants in the so-called legal action; to do so is conspiracy, fraud and conversion.

**Luke 19:46:** "It is written," he said to them, "'My house will be a house of prayer'; but you have made it 'a den of robbers.'

83. Despite USCCB agents, and agents of its corporate predecessor the National Catholic Welfare Conference, being in control of all activities within the Roman Catholic Church properties in America since at least 1946, never has there been any alleged wrongdoing by the USCCB non-profit corporation's agents in these numerous lawsuits under the Roman Catholic Church name. (intentional defamation)

84. The USCCB organization is never mentioned, nor "USCCB agents" implicated, in these legal actions; despite all of the accused people being employees of the USCCB corporation, and *none* being employees of the Roman Catholic Church.

85.    Therefore, the real or alleged crimes committed, by men or women, alive or dead, were portrayed as done by "Catholic" bishops, priests, school teachers or the like; when they were/are in actuality employees of USCCB, a Catholic-hating pagan corporation unlawfully occupying Roman Catholic Church properties.

**Jude 1:4:** "For certain individuals whose condemnation was written about long ago have secretly slipped in among you. They are ungodly people, who pervert the grace of our God into a license for immorality and deny Jesus Christ our only Sovereign and Lord."
(Harm to the reputation of the laity and all things and people truly Catholic)

86.    None of the USCCB agents, despite being called  "priest", or "bishop", "cardinal", or "pope", can be lawfully Catholic, as this is an impossibility.

87.    Men signing on as USCCB "priests" must be loyal to Vatican 2 documents which include many known heresies, or teachings contrary to known Catholic dogmas.

88.    These men, Hebda and Broglio, are not mere heretics, as a heretic is still considered a Catholic in the sense of believing in Christ; heretics have merely fallen into some sort of error regarding a required truth of the faith.

89.    "Apostasy (q.v.). The apostate *a fide* abandons wholly the faith of Christ either by embracing Judaism, Islamism, Paganism, or simply by falling into naturalism and complete neglect of religion; the heretic always retains faith in Christ."

**(https://www.catholic.com/encyclopedia/heresy)**

90.    Therefore, any man who signs on, or pledges support to these Vatican 2 documents would have to be a man who despises the true faith, and is a mere pagan, or apostate; and could never become a lawful Roman Catholic priest or bishop.

**Matthew 4:10**: "Jesus said to him, "Away from me, Satan! For it is written: 'Worship the Lord your God, and serve him only.""

91.    A true Catholic man cannot make deals with the Devil; which is required of men who become USCCB priests, such as Hebda and Broglio.

92.    In addition, these USCCB "priests" do not take oaths of poverty or chastity but only pledge "obedience" to the executives in the USCCB public non profit corporation.

"Be an example to the believers in word, in conduct, in love, in faith, in purity."     **(1 Timothy 4:7)**

93.    With the so-called "Vatican 2" documents, "Novus Ordo" liturgy, and the related false priesthood and hierarchy, what USCCB corporate agents have created is essentially a protestant church, a corporate church,  a false church, a church of Satan, inside of the Roman Catholic Church properties.

94.     Yet Hebda and Broglio illegitimately use the "Roman Catholic Church" name, with full knowledge and consent that it is a lie.                    **(Fraud)**

95.     In this assault on the Roman Catholic Church in reputation and physical assets, Catholic laity have also lost access to the most important spiritual assets of the authentic Roman Catholic Church, such as the Holy Eucharist.
                              **(Loss of spiritual life)**

96.     The USCCB agents posing as priests under Hebda and
        Broglio never alert Catholics that the Vatican 2 based USCCB
        "church" is something completely foreign, distinct and novel
        from the true Roman Catholic Church.

97.     This is a lie by omission to coerce participation in a false
        church, false worship with Protestants, which is a sin for true
        Catholics.

        **Matthew 18:17: 2 John 10:2; 1 Corinthians 6:15;** "Do you
        not know that your bodies are members of Christ himself? Shall
        I then take the members of Christ and unite them with a
        prostitute? Never!"

98.     Therefore, the USCCB agents Hebda and Broglio are
        intentionally blocking Catholics so they cannot access the
        Roman Catholic Church they need; and also intentionally
        leading naive Catholic people into curses and sins.

        **(Malice; Loss; Trespass: entering property to obstruct
        business functions)**

99.     Henry, Harold and all practicing Roman Catholics, have lost
        any Catholic community, have lost valid sacraments required
        for our spiritual life, have lost all access to a true visible Roman
        Catholic Church, and this causes great anguish in the mental,
        physical, emotional and spiritual life of any Catholic man or
        woman.

        **("reliance on misrepresentation" for Fraud/IIED/Trespassing)**

100.    The Roman Catholic Church teaches that we need to receive
        the body and blood of Lord Jesus in Holy Communion,
        otherwise we have no life within us.

**John 6:53:** "Jesus said to them, "Very truly I tell you, unless you eat the flesh of the Son of Man and drink his blood, you have no life in you."

Hebda and Broglio are intentionally blocking men and women from valid sacraments; and worshiping God in the authentic Roman Catholic Church.

(IIED; Loss of Catholic community)

101.    The life of grace, or union with God in the soul, is being purposely impeded by Hebda and Broglio.

**John 16:7:** "But very truly I tell you, it is for your good that I am going away. Unless I go away, the Advocate will not come to you; but if I go, I will send him to you."

(Loss of spiritual life)

102.    This impediment leads to the loss of innumerable souls who are being damned to Hell forever; and this number increases with each day that goes by, hence the need for remedy is as dire as it gets.

**Matthew 23:27-28:** "Woe to you, teachers of the law and Pharisees, you hypocrites! You are like whitewashed tombs, which look beautiful on the outside but on the inside are full of the bones of the dead and everything unclean. In the same way, on the outside you appear to people as righteous but on the inside you are full of hypocrisy and wickedness."

103.    Hebda and Broglio are intentionally stopping men and women from attaining life in their soul; directly causing a loss of mental peace, and replacing it with increased anguish, from the resulting spiritual death.     **(IIED)**

**This affidavit is a complete representation of the facts regarding the ongoing Conspiracy and Fraud in Catholic properties:**

**Oath to verify the affiants' statements as follows:**

**"Lord Jesus states in Matthew 5:37 "Let your yes mean yes, and your no mean no; anything more than this is from the evil one."**

**Affiant Harold Edwin**

*Harold Edwin*_____    **Date: February 3 , 2025**

**Affiant Henry Benjamin**

*Henry Benjamin*_____    **Date: February 3 , 2025**

## Torts

**1) Conspiracy:  The common law tort of conspiracy** is when two or more people (Hebda; Broglio) agree to commit an unlawful act (Fraud; Conversion; Trespassing etc) or to achieve a lawful goal through unlawful means, resulting in harm to another man (IIED; Spiritual death; loss of Catholic Church and community.)

The elements of a conspiracy claim are similar across common law jurisdictions and include: 1) Agreement: The conspirators must have an agreement to act, though it doesn't need to be formal. The agreement can be more like a tacit understanding; 2) Unlawful act: The conspirators must agree to commit an unlawful act or to achieve a lawful goal through unlawful means; 3) Injury: The conspirators' actions must result in injury to the claimant; 4) Common scheme: The conspirators must act pursuant to

a common scheme (Modernist heretical false church promoted as the real Catholic Faith.)

This conspiracy is primarily designed to cause the loss of souls to Hell; and to malign anything Catholic.

This conspiracy is designed to cause confusion, violence, desperation and chaos in all countries of the world; as the Roman Catholic Church is the only source of help, and anything good in this world.

2)  **The tort of Fraud**.  Elements of Fraud
Then-Eighth Circuit Court Judge and later U.S. Supreme Court Justice Harry Blackmun was the first jurist to articulate the 11-part test for fraud in Minnesota in *Hanson v. Ford Motor Co.*, 278 F.2d 586 (8th Cir. 1960). The elements of common law fraud in Minnesota as he set them out are as follows:  There must be a representation; that was false (Fake corporate church); having to do with a past or present fact; that is material (Dogmas; Truth is essential to the Faith and Catholic Church); and susceptible to knowledge (Known dogmas; history of Church teachings contrary); the representor knows it to be false (Broglio and Hebda both know what the true faith is); the intent to induce the other to act in reliance on the falsehood (Forced to attend a false church or not attend church at all); in reliance on the misrepresentation; victim suffered damages; attributable to the falsehood (IIED; loss of the Roman Catholic Church; spiritual death, destruction to people and community).

3) **Intentional infliction of emotional distress (IIED)** is when a man acts purposely or recklessly, causing the victim emotional distress so severe that it could be expected to adversely affect mental health.

This **intentional tort of Intentional Infliction of Emotional Distress (IIED)** has these components: Extreme and outrageous conduct (Intentional torts under color of authority); Intentional or reckless conduct; Causal relationship between the action and the distress; Severe emotional

distress (IIED; Spiritual death, emotional stress and physical destruction; chaos.)

The men and women who work for this corporation are intentionally starving Henry and Harold, and all of the Catholic people, of the entire Roman Catholic Church that they need to be saved; and need to attain peace within their soul.

They do this to cause chaos, depression and confusion in the world, and within each man and woman. Therefore, the world around Henry and Harold is in a state of decay, which causes Us a great deal of harm emotionally.

There is no other valid reason to occupy a Holy Church that these men Hebda and Broglio obviously despise, than to cause death and decay.

Broglio and Hebda occupy the Catholic properties, and falsely claim it to be a Catholic Church, merely to block others from salvation or lead them astray spiritually. Both men intentionally cause Henry and Harold mental, physical and spiritual pain on a daily basis.

4) **Conversion**: Minnesota courts have said: one must exercise dominion over property that is inconsistent with the owner's right to the property (Broglio and Hebda have no claim of right to these properties as trespassers), or some act must be done that destroys or changes the character of the property (false protestant church masquerading as the true Roman Catholic Church), or deprives the owner (rightful legitimate occupant- Henry and Harold) of possession permanently or for an indefinite time.

5) **Defamation**: **Defamation** is a tort that involves making false statements that harm someone's reputation. The two main types of defamation are libel and slander, which are distinguished by the form of communication used: Libel: Written defamation, such as in books,

magazines, newspapers, newsletters, or on social media; Slander: Oral defamation.

To win a defamation case, you must prove the following five elements: The statement was published (Malicious propaganda describing the Church as child predators), The statement identifies you (Catholic Church includes all in the Body of Christ which Henry and Harold are), The statement harmed your reputation (this intentional attack is designed to malign all Catholics which Henry and Harold are proud to be), The statement is demonstrably false (USCCB has been in control of the properties for around 80 years so all the supposed crimes were committed by corporate agents), and the people who made the statement were at fault (Hebda knowingly blames the "Church" for wrongdoing when the physical Church is in hiding and being run by an antiCatholic corporation.)

(See ***New York Times Co. v. Sullivan***, 376 U.S. 254 (1964)

6) **Trespassing:**  Trespass is a common law tort that involves intentionally entering someone else's property without permission. It's a type of unlawful interference with another man's property rights.

Elements of trespass

- **Intention**: The defendant must intend to enter the property (Hebda and Broglio have no interest in living the authentic Catholic Faith; only in stopping others from doing so)
- **Unauthorized entry**: The entry must be without the owner's consent

  (Hebda and Broglio never alert the public and the Catholic laity that they do not represent the private Roman Catholic Church)

- **Property of another**: The defendant must enter the property of someone else

  (Neither Broglio and Hebda are Catholic; and are both hostile to the true Faith, and all Catholic people, and the Church itself.)

Defenses to trespass

**Necessity**
The defendant can enter the property if it's necessary to protect themselves, a third party, or their property; Hebda and Broglio have no need to be on the Catholic properties.

**No actual damages**
If there are no actual damages, the defendant may be able to use this defense  (Millions of dollars in converted private property; millions of dollars lost in class action settlements)

Damages

- Loss of market value
- **Costs of restoration**
- **Loss of use of the property**

  **(Henry, Harold and all true Catholics lose the use of their properties given to them by God Himself)**

- **Physical injury  (IIED; Spiritual death; Societal decay)**
- Damage to personal property
- **Emotional distress**

# Conclusion

Based on the aforementioned counts and claims, the Claimants demand the following relief.

1. **(Luke 9:62)** We have no interest in looking back into the darkness, but only in looking forward to brighter days.

   In lieu of criminal investigations that are unnecessary due to the blatant and naked acts involved, We demand that the men hired as

agents of the USCCB corporation, Hebda and Broglio, and any other entity who profited from this corporate theft, replace all the money they have taken from Roman Catholic Church funds; and that these funds are frozen from their use, and placed into an account for the Roman Catholic Church to use to build and restore the damage done.

2.    We demand that any Roman Catholic Church properties that have been given/sold to Muslims or other groups be returned to their proper usage that the men who built these Churches intended them to be used for, as Houses of the One True God.

3.    We demand that all the agents of USCCB inside Roman Catholic Church properties including, but not limited to: USCCB paid false laity (church handlers), USCCB corporate board members, USCCB "brothers", USCCB "sisters/nuns", USCCB "seminarians" and "seminary" employees, USCCB "priests", USCCB "bishops", USCCB retired "religious", and USCCB school "administrators" and "teachers" in Catholic schools- all depart from their positions, and/or depart from their free housing, inside the Roman Catholic Church properties in the entire country called America.

4.    Henry and Harold demand that We be given stewardship over these properties; so the Roman Catholic Church, guided by Truth and the Holy Ghost, can move forward immediately into the business of saving souls.